1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN STRETCH (CABN 163973)
3  Chief, Criminal Division

4  JEANE HAMILTON (CABN 157834)
   Special Assistant United States Attorney
5
      450 Golden Gate Avenue
6     San Francisco, California 94102
      Telephone: (415) 436-7129
7     Facsimile: (415) 436-7234
      E-Mail: Jeane.Hamilton2@usdoj.gov
8
   Attorneys for the United States
9

10                     UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                           SAN FRANCISCO DIVISION

13 UNITED STATES OF AMERICA,      )   Criminal No. CR 08-0926 JSW
                                  )
14       Plaintiff,                )
                                  )
15    v.                           )   [PROPOSED] ORDER AND
                                  )   STIPULATION EXCLUDING TIME
16 MIGUEL ESPINOZA,               )   FROM FEBRUARY 12, 2009 TO
                                  )   FEBRUARY 26, 2009
17       Defendant.                )
                                  )
18                                )
   _____)
19

20      The parties appeared before the Honorable Jeffrey S. White on February 12, 2009.
21 With the agreement of counsel for both parties, the Court found and held as follows:
22      1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C.
23 § 3161, from February 12, 2009 to February 26, 2009, in light of defendant's counsel absence
24 due to family leave and counsel's need to review discovery. Failure to grant the requested
25 continuance would unreasonably deny defense continuity of counsel and deny defense counsel
26 reasonable time necessary for effective preparation, taking into account the exercise of due
27
28 **[PROPOSED] ORDER AND
   STIPULATION EXCLUDING TIME
   CR 08-0926 JSW**

diligence and the need for counsel to review the discovery with the defendant.

  2. Given these circumstances, the Court found that the ends of justice served by excluding the period from February 12, 2009 to February 26, 2009, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

  3. Accordingly, and with the consent of the defendant, the Court ordered that the period from February 12, 2009 to February 26, 2009, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: January 8, 2009          /s/
                STEVEN KALAR
                Counsel for Miguel Espinoza

DATED: January 8, 2009          /s/
                JEANE HAMILTON
                Special Assistant United States Attorney

IT IS SO ORDERED.

DATED: February 13, 2009
                THE HON. JEFFREY S. WHITE
                United States District Court Judge

**[PROPOSED] ORDER AND STIPULATION EXCLUDING TIME**
**CR 08-0926 JSW**        2