BARRY J. PORTMAN
Federal Public Defender
RITA BOSWORTH
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant ESPINOZA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-08-926 JSW |
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING |
| v. | ) ) | **CURRENT HEARING DATE:** April 16, 2009, at 2:30 p.m. |
| MIGUEL ESPINOZA | ) ) | |
| Defendant. | ) ) | **PROPOSED HEARING DATE:** May 7, 2009, at 2:30 p.m. |
| | ) | |

1. On February 26, 2009, Mr. Espinoza pled guilty before this court to a single charge of illegal reentry. At Mr. Espinoza's request, the Court ordered the probation office to prepare a criminal history only presentence report. Sentencing was set for April 16, 2009.

2. After Mr. Espinoza pled guilty, his attorney, Steve Kalar, went on extended leave, and undersigned counsel took over his case.

3. On April 8, 2009, one week before sentencing, the probation office provided a modified presentence report to the parties. The presentence report contemplates issues that undersigned counsel has not fully explored with Mr. Espinoza.

4. AUSA Jeane Hamilton is on leave this week and will not return to the office until

Stip. & [Proposed] Order to Continue Hearing;
*U.S. v. Espinoza*, CR 08-926 JSW                                  1

1 | Monday, April 13.

2 |     5.    In order to ensure that undersigned counsel has an opportunity to review the
3 | presence report with her client and the government and to allow both parties adequate time to
4 | consider the presentence report and file sentencing memoranda with the Court, the parties
5 | respectfully request that the Court continue Mr. Espinoza's sentencing date to May 7, 2009, at
6 | 2:30 p.m.

7 |

8 |     IT IS SO STIPULATED.

9 |     4/9/09                                                           /s/

10 | _____     _____
   DATED                                       DARRYL EREMIN (For Jeane Hamilton)
11 |                                                         Assistant United States Attorney

12 |

13 |     4/9/09                                                          /s/

14 | _____     _____
   DATED                                       RITA BOSWORTH
15 |                                                        Assistant Federal Public Defender

16 |     IT IS SO ORDERED.   The Court has conferred with the Probation Officer who also is available on May 7, 2009. The parties are reminded to confer with the Probation Officer in the future to ensure her availability.

17 |

18 |  April 10, 2009                                    /s/ Jeffrey S. White
   DATED                                       JEFFREY S. WHITE
19 |                                                      United States District Judge

20
21
22
23
24
25
26

Stip. & [Proposed] Order to Continue Hearing;
*U.S. v. Espinoza*, CR 08-926 JSW         2